UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS ONE NEWS, INC.<br>d/b/a THE GIFT SPOT,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF MARSHALL, ILLINOIS ,<br><br>     Defendant. | Case No. 04-cv-4055-JPG |

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Illinois One News, Inc. d/b/a The Gift Spot and against the defendant City of Marshall on the claim that the site plan review process in Article XVIII-A of Ordinance No. 2005-O-16, Zoning No. 2005-Z-4, is an unlawful prior restraint on the freedom of speech in violation of the First and Fourteenth Amendments;  that the Court declares that the following specific language from Article XVIII-A, § 6, ¶ 5 of Ordinance No. 2005-O-16, Zoning No. 2005-Z-4, violates the First and Fourteenth Amendments:  "and/or any other items required by the zoning officer"; that the Court enjoins the defendant City of Marshall from enforcing that provision of Ordinance No. 2005-O-16, Zoning No. 2005-Z-4; and

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of the defendant City of Marshall and against the plaintiff Illinois One News, Inc. d/b/a The Gift Spot on the claims that Ordinance No. 2002-O-16, Zoning No. 2002-Z-2, and other portions of Ordinance No. 2005-O-16, Zoning No. 2005-Z-4, are unconstitutional.


**DATED:**  February 22, 2006                                      NORBERT JAWORSKI

                                                                        By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert      
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**